## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONTELL WESSON, | No. 2:19-cv-1880 KJM DB P |
|     Plaintiff, | |
| v. | |
| ERIC JONES, et al., | |
|     Defendants. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Vontell Wesson, BOP Register Number 78117-097, a necessary and material witness in a settlement conference in this case on August 11, 2020, is confined in FCI Victorville Medium II (FCI Victorville), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by video conference from his place of confinement, to the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Tuesday, August 11, 2020 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. At least two days prior to the settlement conference, prison officials shall confirm with the Courtroom Deputy, Judy Streeter at (916) 930-4004, that the prison's video-conference equipment will connect to the court's system.  Any connection difficulties shall immediately be reported to the courtroom deputy.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, FCI Victorville Medium II, P.O. Box 5400, Adelanto, California 92301:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

////
////
////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: May 12, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/wess1880.841V