1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONTELL WESSON,<br><br>           Plaintiff,<br><br>     v.<br><br>BURT A. LINDE,<br><br>           Defendant. | No.  2:19-cv-1880 KJM DB P<br><br><br>ORDER |

Plaintiff is a federal prisoner proceeding pro se.  On June 9, 2020, defendant filed a motion to opt out of the Alternative Dispute Resolution program.  (ECF No. 24.)  Defendant lodged a copy of a DVD which contains the officer's body camera footage from plaintiff's arrest on February 25, 2019.  (See ECF No. 24-3.)  Defendant served a copy of the motion and its attachments, except for a copy of the DVD, on plaintiff.  (ECF No. 24-4.)  Plaintiff has now requested a copy of the DVD.  (ECF No. 29.)

IT IS HEREBY ORDERED that within thirty days of the date of this order, defendant shall either: (1) file a proof of service showing that he has now provided plaintiff with a copy of

////
////
////
////

1

the DVD, or (2) file a statement explaining why he does not believe he is required to provide plaintiff with a copy of the DVD.

Dated: July 14, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/wess1880.req dvd