# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

VONTELL WESSON,   No. 2:19-cv-1880 KJM DB P

    Plaintiff,

    v.

BURT A. LINDE

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Defendant.

_____/

Vontell Wesson, BOP Register # 78117-097 a necessary and material witness in a settlement conference in this case on November 29, 2023, is confined in USP Atwater, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief Magistrate Judge Kendall J. Newman, by Zoom video conference from his place of confinement, on Wednesday, November 29, 2023 at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at USP Atwater at (209) 386-4742 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, USP Atwater, P. O. Box 19001, Atwater, California 95301:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 12, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE


DB:12
DB/DB Prisoner Inbox/Civil Rights/R/wess1880.841Z