UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONTELL WESSON, <br>     Plaintiff, <br>     v. <br> BURT A. LINDE, <br>     Defendant. | No. 2:19-cv-1880 KJM DB P <br><br> ORDER |

Plaintiff is proceeding through counsel with a civil rights action. On January 3, 2024, plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 52.) The notice is signed only by plaintiff. Voluntary dismissal after a defendant has appeared requires the signature of all parties. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, IT IS HEREBY ORDERED that within 30 days plaintiff shall file a Rule 41(a) notice signed by all parties

Dated:  March 12, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/wess1880.R41 dism

1